Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for West Lane Properties, LLC

Lynn Hubbard, III, Esq., SBN 69773
Scottlyn J. Hubbard, IV, Esq.  SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
Telephone:  530-895-3252
Facsimile:  530-894-8244

Attorney for Plaintiff Lary Feezor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARY FEEZOR,<br><br>            Plaintiff,<br><br>     vs.<br><br>CENTRAL VALLEY QSR, INC. dba CHURCH'S CHICKEN; WEST LANE PROPERTIES, LLC,<br><br>            Defendants. | Case No.**2:10-cv-02758-GEB-CMK**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL DECEMBER 29, 2010 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

 Pursuant to Local Rule 144, Plaintiff Lary Feezor and Defendant, West Lane Properties, LLC by and through their respective attorneys of record, Lynn Hubbard, III and Cris C. Vaughan, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. This Defendant is granted an extension until December 29, 2010 to respond or otherwise plead to Plaintiff's complaint.
3. This Defendant's response will be due no later than December 29, 2010.

IT IS SO STIPULATED effective as of December 9, 2010.

Dated:   December 9, 2010          /s/ Cris C. Vaughan
                                   Cris C. Vaughan,
                                   Attorney for Defendants,
                                   West Lane Properties,
                                   LLC

Dated:   December 10, 2010         /s/ Lynn Hubbard, III
                                   Lynn Hubbard, III
                                   Attorney for Plaintiff,
                                   Lary Feezor

**IT IS SO ORDERED.**

**12/10/10**

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION RE: EXTENSION OF TIME - 2