IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEEZOR, | No. CIV S-10-2758-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CENTRAL VALLEY QSR, INC., et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding with counsel, brings this action for denial of equal access under the Americans with Disabilities Act.  Pending before the court is defendant Central Valley QSR, Inc.'s ex parte application for a continuance (Doc. 16) regarding the hearing/briefing of plaintiff's motion for default judgment.

      Plaintiff filed this action on October 12, 2010.  He submitted his request for entry of default on February 14, 2011.  The Clerk's entry of default was filed February 22, 2011.  On April 6, 2011, plaintiff filed a motion for default judgment, which was set for hearing on May 12, 2011.  Defendant has not made appearance in this matter, either special or general, nor has it filed a request for the default to be set aside.  Until such time as the default is set aside, defendant cannot be heard on this matter, and the ex parte request for a continuance is not properly before

1

1 the court.

2        Accordingly, the Clerk of the Court is directed to strike defendant's ex parte
3 application for a continuance (Doc. 16).

4        IT IS SO ORDERED.

6  DATED: May 10, 2011

7
8                         _____
                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE