IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEEZOR, | No. CIV S-10-2758-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CENTRAL VALLEY QSR, INC., et al., | |
| Defendants. | |

Plaintiff, proceeding with counsel, brings this action for denial of equal access under the Americans with Disabilities Act.  Pending before the court is defendant Central Valley QSR's motion to set aside default (Doc. 19).  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for July 14, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: July 8, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1