UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARY FEEZOR, | No. 2:10-cv-02758-GEB-CMK |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| Central Valley QSR, Inc. dba Church's Chicken, | |
| Defendant.* | |

No action has been taken in this action since Defendant Central Valley QSR, Inc. dba Church's Chicken filed its Answer to the Complaint on August 4, 2011, more than two years and seven months ago.

A Status Order filed March 8, 2011, scheduled in this action, *inter alia*, a final pretrial conference to commence at 1:30 p.m. on June 17, 2013, and trial to commence at 9:00 a.m. on September 24, 2013. (ECF No. 13.) Those scheduled proceedings passed without action by any party.

Accordingly, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than April 4, 2014, why this

---

* The caption has been amended according to the dismissal of Defendant Westlane Properties, LLC. (See ECF No. 22.)

1

action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: March 27, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge